UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          CASE NO. 12 B 28489
                                                CHAPTER 13
Robert S Chavin
Cindy S Chavin                                  JUDGE DEBORAH L. THORNE

      DEBTORS                        **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O Marshall files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  Marquette Bank

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 1 | XXXXXXXXEARS | $2,986.80 | $2,986.80 | $2,986.80 |
| Total Amount Paid by Trustee | | | | $2,986.80 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**＿**  Through the Chapter 13 Conduit           **X**  Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 12 B 28489

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 14th day of July, 2017.

Robert S Chavin, Cindy S Chavin, 2554 Jade Ave, Arlington Heights, IL  60004

Marquette Bank, 15959 108th Ave, Orland Park, IL  60467

ELECTRONIC SERVICE - Swanson & Desai LLC, 2314 W North Ave Unit C-1W, Chicago, IL  60647

ELECTRONIC SERVICE - United States Trustee

Date:  July 14, 2017                                          /s/ Marilyn O Marshall
                                                             _____
                                                             Marilyn O Marshall
                                                             Chapter 13 Trustee
                                                             224 S Michigan Ave
                                                             Ste 800
                                                             Chicago, IL  60604